**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LINDA TODD, individually ) | | |
| and on behalf of a class, ) | | |
| ) | 11 C 7334 | |
| Plaintiff, ) | | |
| ) | Judge Manning | |
| v. ) | | |
| ) | Magistrate Judge Cole | |
| STATE COLLECTION SERVICE, INC., ) | | |
| A Wisconsin Company, ) | | |
| ) | | |
| Defendant. ) | | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Tuesday, December 13, 2011, at 8:30 a.m**., before the **Honorable Jeffery Cole**, or any judge occupying his place and stead in **Room 1838** of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, Plaintiff shall present **Plaintiff's Motion for the Production of Documents.**

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **December 7, 2011**, I filed electronically **Plaintiff's Motion above,** along with the Notice of Motion thereof using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered:

David M. Schultz    dschultz@hinshawlaw.com
James C. Vlahakis    jvlahakis@hinshawlaw.com
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000 (TEL)

                        Respectfully submitted,

                        s/ Curtis C. Warner
                          Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)