## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Linda Todd
                              Plaintiff,

v.                                           Case No.: 1:11−cv−07334
                                                Honorable Blanche M. Manning

State Collection Service, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2011:

      MINUTE entry before Honorable Jeffrey Cole: Status hearing held. Defendants Motion For Entry of Agreed Protective Order [35] is granted. By agreement, defendants counsel shall provide the In−Take form in its original form to plaintiffs counsel, forthwith. In light of the pending 7th Circuit Interlocutory appeal in (Soppe v Onete), discovery is hereby stayed on the courts own motion and without objection from the parties. The court recommends that the parties jointly contact the district court and request that Defendants Motion To Dismiss [22], be stayed pending the 7th Circuit Courts ruling or that leave be sought to dismiss the motion without prejudice. Telephone status is set for 3/21/2012 at 10:30 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.